# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

In re:   Shaun Edward Bartron                                                    Case No.:  18-51647-SCS

Chapter 13

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

| **Debtor's Name and Address** | **Amount of Dividend** |
|---|---|
| Shaun Edward Bartron<br>27 Ambrose Lane<br>Hampton, VA  23663 | $924.15 |

Dated: December 19, 2019

/s/ R. Clinton Stackhouse, Jr.
Chapter 13 Trustee